UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REV. KEVIN E. JOHNSON                                          CIVIL ACTION

VERSUS                                                                       NO. 14-0006

SHERIFF MARLIN N. GUSMAN ET AL.                     SECTION "F" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Rev. Kevin E. Johnson are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __14th__ day of _____April_____, 2014.

_____
UNITED STATES DISTRICT JUDGE